Misc. No. 14–8007/NA. L.C., Midshipman U.S. Navy, Appellant v. Daniel J. Daugherty, Colonel, USMC (in his official capacity as Military Judge), Appellee, Eric Graham, Midshipman U.S. Navy, Real Party In Interest. CCA 201300486. On consideration of Appellant's motion for an emergency stay of the proceedings and motion to dismiss the writ-appeal petition, it is ordered that said motion to dismiss the writ-appeal petition is hereby granted, and said motion for an emergency stay of the proceedings is hereby denied as moot.

No. 13–7001/AR. U.S. v. Hasan K. Akbar. CCA 20050514. Appellant's motion to substitute supplemental exhibit 1 with original is granted.

No. 14–0289/AR. U.S. v. Jordan M. Peters. CCA 20110057. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including January 28, 2014*, and *absent extraordinary circumstances, no further extension of time will be granted*.

Thursday, January 16, 2014

No. 13–0573/AR. U.S. v. Calvin J. Davenport. CCA 20081102. Review granted on the following issue:

> WHETHER THE OMISSION OF TESTIMONY FROM A TRIAL TRANSCRIPT RENDERS THE TRANSCRIPT NON–VERBATIM AND THEREFORE SUBJECT TO THE REMEDY IN R.C.M. 1103(f)(1) WHERE THE WITNESS'S TESTIMONY IS ONLY RELEVANT TO AN OFFENSE OF WHICH APPELLANT HAS BEEN ACQUITTED; OR, WHETHER SUCH OMISSION SHOULD BE ADDRESSED UNDER R.C.M. 1103(b)(2)(A) (REQUIREMENT FOR A COMPLETE RECORD) AND THUS TESTED FOR WHETHER THE PRESUMPTION OF PREJUDICE HAS BEEN REBUTTED. *SEE UNITED STATES v. GASKINS*, 72 M.J. 225 (C.A.A.F. 2013); *UNITED STATES v. HENRY*, 53 M.J. 108 (C.A.A.F. 2000).

Briefs will be filed under Rule 25.

No. 14–0040/NA. U.S. v. Ethan S. Short. CCA 201200483. Review granted on the following issue:

A PUNITIVE DISCHARGE MAY NOT BE AFFIRMED WHEN THE RECORD IS NOT VERBATIM. HERE, DURING SENTENCING, THE MEMBERS HEARD SOME PORTION OF THE PROVIDENCE INQUIRY WHICH DREW A CURATIVE INSTRUCTION FROM THE MILITARY JUDGE. ON APPEAL, THE LOWER COURT ATTACHED, OVER DEFENSE OBJECTION, WHAT PURPORTED TO BE THE MISSING SECTION. THIS SECTION WAS NOT PROPERLY AUTHENTICATED NOR DOES IT ACCURATELY REFLECT THE MISSING PORTION. MAY APPELLANT'S PUNITIVE DISCHARGE BE AFFIRMED DESPITE THE LACK OF A VERBATIM RECORD?

Briefs will be filed under Rule 25.

No. 14–0071/AR. U.S. v. Travis D. Jones. CCA 20110679. Review granted on the following issue:

WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION WHEN HE DENIED THE DEFENSE'S MOTION TO SUPPRESS APPELLANT'S STATEMENT TO THE MILITARY POLICE.

Briefs will be filed under Rule 25.

No. 14–0230/AR. U.S. v. Samuel R. Spotts. CCA 20111144. Review granted on the following issue:

WHETHER APPELLANT WAS DENIED EFFECTIVE ASSISTANCE OF COUNSEL WHEN HIS TRIAL DEFENSE COUNSEL FAILED TO REQUEST DEFERMENT OF AUTOMATIC FORFEITURES ON HIS BEHALF.

Briefs will be filed under Rule 25.

No. 13–0510/AF. U.S. v. Christopher S. Ferris. CCA 37885. Appellant's motion to supplement the record is denied.

No. 13–7001/AR. U.S. v. Hasan K. Akbar. CCA 20050514. Appellee's motion to extend time to file a brief granted to February 18, 2014.